# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:11CR00155-006 |
| MICHAEL E. PITTS ) | USM No: 10349-028 |
| ) | |
| Date of Original Judgment: 07/23/2012 ) | |
| Date of Previous Amended Judgment: ) | Sara Varner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.　☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  192  months **is reduced to**  150 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The previous term of imprisonment imposed was more than the guideline range applicable to the defendant at the time of sentencing as a result of a binding plea agreement, and the reduced sentence is comparably more than the amended guideline range.

Except as otherwise provided, all provisions of the judgment dated  07/23/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/4/2018

Effective Date: _____
*(if different from order date)*

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana